1016

Diciembre 10, 1940.

Por cuanto, el Fiscal solicita la desestimación de este recurso por el fundamento de no haberse notificado el escrito de apelación al Fiscal del Distrito, y no haber adquirido jurisdicción este Tribunal para conocer de esta causa;

Por cuanto, el apelante no ha demostrado haber cumplido con dicho requisito;

Por tanto, se desestima el recurso.

Llamadas para vista las causas que a continuación se expresan, compareció El Pueblo de Puerto Rico por su Fiscal, y apareciendo que el apelante faltó en comparecer no obstante habérsele notificado el señalamiento, y que el escrito de apelación no fué notificado a la parte apelada, se desestimaron los recursos por falta de jurisdicción.

Núms. 8210, 8231, 8247, 8254, 8267, 8272, 8274, 8277, 8282, 8299, 8308, 8325, 8346, 8352, 8356, 8359, 8365, 8381, 8388, 8389, 8394, 8413, 8414, 8416, 8417, 8418, 8419, 8425, 8426, 8427, 8428, 8434, 8437, 8438, 8440, 8441, 8444, 8460 y 8566.

Llamadas las causas que a continuación se expresan para vista, compareció El Pueblo de Puerto Rico por su Fiscal, y si bien el propio acusado y apelante radicó su alegato, no obstante, apareciendo que el escrito de apelación no se notificó a la parte apelada, se desestimaron los recursos por falta de jurisdicción.

Núms. 8279, 8288, 8324, 8326, 8327, 8328, 8329 y 8599.